U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 7 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| CHARLES A. TREECE | : | DOCKET NO. 2:08-CV-1486 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| STATE OF LOUISIANA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that petitioner's petition is dismissed with prejudice for failure to state a claim.

IT IS FURTHER ORDERED that the following sanction be imposed on defendant:

> Unless otherwise authorized by a U.S. District Judge or Magistrate Judge, the Clerk of Court for the Western District of Louisiana shall not accept for filing ANY motions, pleadings, or other documents submitted by Charles A. Treece related to the subject of social security benefits while imprisoned, regardless of what those pleadings or motions may be entitled.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this  6  day of  Jan , 2009.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE